FILED 09 JUN '26 10:30 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00201-SI |
| v. | INDICTMENT |
| GENE ARNOLD MCLENITHAN, | 18 U.S.C. § 1201(a)(1) |
| Defendant. | |

## THE GRAND JURY CHARGES:

### COUNT 1
### (Kidnapping)
### (18 U.S.C. § 1201(a)(1))

On or about July 4, 2024, in the District of Oregon, using a means, facility, or instrumentality of interstate or foreign commerce—to wit, a cell phone, an automobile, and a motorcycle—in committing or in furtherance of the commission of the offense, defendant **GENE ARNOLD MCLENITHAN** did unlawfully seize and confine Adult Victim 1, and did hold her for ransom, reward, or otherwise;

In violation of Title 18, United States Code, Section 1201(a)(1).

///

///

///

**Indictment**                                                          **Page 1**

## COUNT 2
### (Kidnapping)
### (18 U.S.C. § 1201(a)(1))

On or about July 4, 2024, in the District of Oregon, using a means, facility, or instrumentality of interstate or foreign commerce—to wit, a cell phone, an automobile, and a motorcycle—in committing or in furtherance of the commission of the offense, defendant **GENE ARNOLD MCLENITHAN** did unlawfully seize and confine Adult Victim 2, and did hold her for ransom, reward, or otherwise;

In violation of Title 18, United States Code, Section 1201(a)(1).

Dated: June 9, 2026                              A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

ARIN C. HEINZ, MIB # P90252
Assistant United States Attorney

**Indictment**                                                **Page 2**